ORIGINAL

SONIA E. CHAHIN (SBN 136604)
Attorney at Law
2222 Foothill Boulevard
Suite E-278
La Canada, California 91011
Telephone (818) 549-0149
Facsimile (818) 549-0990

Attorney for Defendant
DR. GURPREET SINGH BHASIN

LODGED
APR 1 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. 03-211-LKK |
|---|---|
| Plaintiff, | ) LKK |
| | ) (PROPOSED) ORDER RE: |
| | ) EXONERATION OF BOND |
| | ) AND ORDERING RETURN OF |
| DR. GURPREET SINGH BHASIN, | ) PASSPORT AND CASH DEPOSIT TO |
| | ) DEFENDANT BHASIN |
| Defendant. | ) |

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the bond in this matter shall be exonerated.

IT IS FURTHER ORDERED that the Clerk's office of this district shall return Dr. BHASIN's passport to him, and shall also return the cash deposit posted as security for the bond in this matter.

IT IS SO ORDERED.

Dated: 4/18/05

_____
HONORABLE LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

_____
SONIA E. CHAHIN
Attorney at Law